UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| **ALEXIN, LLC,** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
|     v. | ) | CAUSE NO. 1:13-CV-230 |
| | ) | |
| **OLYMPIC METALS, LLC,** | ) | |
| | ) | |
|     **Defendant.** | ) | |

**OPINION AND ORDER**

This case was removed here from Wells County Circuit Court on August 7, 2013, based on diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).  (Docket # 2.)  The Notice of Removal contends that Plaintiff Alexin, LLC, "is a citizen of the State of Indiana as a limited liability company" and that Defendant Olympic Metals, LLC, "is a limited liability company with its principal place of business in Miami, Florida."[1] (Notice of Removal ¶¶ 4-5.)

The Notice of Removal, however, is inadequate.  A limited liability company's citizenship "for purposes of . . . diversity jurisdiction is the citizenship of its members." *Cosgrove v. Bartolotta*, 150 F.3d 729, 731 (7th Cir. 1998).  Therefore, rather than alleging where Alexin and Olympic Metals are organized and maintain their principal places of business, the Court must be advised of the citizenship of all of Alexin's members and all of Olympic Metals' members to ensure that none of Alexin's members share a common citizenship with Olympic Metals' members.  *Hicklin Eng'g, L.C. v. Bartell*, 439 F.3d 346, 347 (7th Cir. 2006).  Moreover, citizenship must be "traced through multiple levels" for those members of Alexin and Olympic

---

[1] Similarly, the Complaint alleges that "Alexin is an Indiana limited liability company with its principal place of business located in Bluffton, Indiana," and that "[u]pon information and belief, Olympic Metals is a Florida limited liability company with its principal place of business located in Miami, Florida."  (Compl. ¶¶ 1-2.)

Metals who are a partnership or a limited liability company, as anything less can result in a dismissal or remand for want of jurisdiction. *Mut. Assignment & Indem. Co. v. Lind-Waldock & Co., LLC*, 364 F.3d 858, 861 (7th Cir. 2004).

Therefore, Defendant is ORDERED to supplement the record by filing an Amended Notice of Removal on or before August 22, 2013, properly alleging on personal knowledge the citizenship of Plaintiff Alexin, LLC, and Defendant Olympic Metals, LLC, tracing the citizenship of all unincorporated associations through all applicable layers of ownership.[2]

SO ORDERED.

Enter for this 8th day of August, 2013.

/S/ Roger B. Cosbey
Roger B. Cosbey,
United States Magistrate Judge

---

[2] "Allegations of federal subject matter jurisdiction may not be made on the basis of information and belief, only personal knowledge." *Yount v. Shashek*, No. Civ. 06-753-GPM, 2006 WL 4017975, at *10 n.1 (S.D. Ill. Dec. 7, 2006) (citing *Am.'s Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072, 1074 (7th Cir. 1992)).